UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JULIUS CALDWELL, | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | |
| v. | : | 1:10-CV-1719-JOF |
| | : | |
| ICEE OF ATLANTA, INC., et al., | : | |
| | : | |
| Defendants. | : | |

ORDER APPROVING SETTLEMENT
AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion to Approve Settlement and Stipulation for

Voluntary Dismissal With Prejudice, and upon the *in camera* review of the

Settlement Agreement entered into between the parties, and for other good cause

shown, the Court finds that the settlement is fair and reasonable and the Parties'

Joint Motion is hereby GRANTED.  Thus, it is ORDERED that the referenced

Settlement and Release Agreement is APPROVED and this action is hereby

dismissed with prejudice.

This _____ day of _____, 2010.


_____
J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE