FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 21 2010

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIUS CALDWELL,

    Plaintiff,

v.

ICEE OF ATLANTA, INC., et al.,

    Defendants.

Civil Action File No.:

1:10-CV-1719-JOF

ORDER APPROVING SETTLEMENT
AND DISMISSAL OF CASE WITH PREJUDICE

Upon review of the Joint Motion to Approve Settlement and Stipulation for Voluntary Dismissal With Prejudice, and upon the *in camera* review of the Settlement Agreement entered into between the parties, and for other good cause shown, the Court finds that the settlement is fair and reasonable and the Parties' Joint Motion is hereby GRANTED. Thus, it is ORDERED that the referenced Settlement and Release Agreement is APPROVED and this action is hereby dismissed with prejudice.

This 21st day of December, 2010.

_____
J. OWEN FORRESTER
UNITED STATES DISTRICT JUDGE